# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157563 & (104)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 157563
      COA: 333916
      Macomb CC: 2015-002139-FC

JONATHAN ERNEST MANWELL,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 22, 2018 judgment of the Court of Appeals is considered. We DIRECT the Macomb County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. In particular, the prosecuting attorney shall address whether the defendant is entitled to a new trial based on the decisions in *People v Thorpe*, 504 Mich 230 (2019), and *People v Harbison*, 504 Mich 230 (2019). The motion to stay proceedings is DENIED.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2019



Clerk

s1118